

Entered on Docket
July 13, 2010

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**

David Krieger, Esq.
Nevada Bar No.: 9086                                       E-FILED: July 6, 2010
HAINES & KRIEGER, LLC
1020 Garces Ave.
Las Vegas, NV 89101
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: info@hainesandkrieger.com
Attorney for Timothy J. Fournier and Patricia A. Fournier

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re: | Case No. BKS-09-22890-MKN<br>Chapter 13 |
| Timothy J. Fournier and Patricia A. Fournier, | Hearing Date:  July 1, 2010<br>Hearing Time:  2:30 p.m. |
| Debtor(s). | |

### ORDER ON DEBTORS' MOTION TO PERMIT MODIFICATION OF HOME LOAN

THE ABOVE MATTER having been heard at the time and date above:

/././

- 2 -

**IT IS ORDERED THAT** the Debtors' motion to approve a modification with WELLS FARGO HOME MORTGAGE for a property owned by the Debtors located at **701 BENT GRASS AVENUE, NORTH LAS VEGAS, NEVADA 89032** is hereby **APPROVED**.

DATED July 6, 2010

    HAINES & KRIEGER, L.L.C.


By:    __/s/David Krieger, Esq.
        David Krieger, Esq.
        Attorney for Debtor(s)

/./././

**ALTERNATIVE METHOD re: RULE 9021:**

  In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

___ The court has waived the requirement of approval under LR 9021.

___ This is a Chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any Trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

 APPROVED:

 DISAPPROVED:

 FAILED TO RESPOND:

___ This is a Chapter 9, 11 or 15 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

_x__ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

          ###